UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON COOPER,

    Plaintiff,

  v.

HAROLD C. CLARKE *et al.*,

    Defendants.

Case No. C07-5264FDB

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO CURE DEFECTS

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been sent a letter outlining the defects in his original pleadings (Dkt. # 2). Plaintiff now asks he be given until July 25, 2007 to comply with the Clerk's letter (Dkt. # 3). Plaintiff's motion is **GRANTED.**

The Clerk is directed to send a copy of this Order to plaintiff and re-note the due date for compliance as **July 25, 2007.** Docket number 3 should be taken off the court's calendar.

DATED this 2, day of July 2007.

                                    */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge

ORDER PAGE 1