# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON D. COOPER                                    JUDGMENT IN A CIVIL CASE

      v.

HAROLD C. CLARKE, et al.                           CASE NUMBER: C07-5264FDB

    \_\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendants' motion to dismiss (Doc. #52) is GRANTED; and his claims and causes of action are DISMISSED.


    March 13, 2008                                    BRUCE RIFKIN
                                                                                        Clerk

                                                                                   s/ D. Forbes
                                                                                   By, Deputy Clerk